UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL C. DEMARQUIS,<br><br>Plaintiff,<br><br>v.<br><br>ALORICA INC.,<br><br>Defendant. | Case No. 1:20-cv-00634-LY |

## ~~PROPOSED~~ ORDER

This cause coming before the Court on Plaintiff's Motion to Extend Time to File Response to Defendant's Rule 12(b)(6) Motion to Dismiss the Court being fully advised of the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

1. Plaintiff's response is due on or before August 23, 2021.

Dated: *August 13, 2021.*

_____
United States District Judge

1