IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL C. DEMARQUIS,<br>*Plaintiff*<br><br>VS.<br><br>ALORICA INC.,<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:20-CV-00634-LY |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for an INITIAL PRETRIAL CONFERENCE by telephone on **Friday, November 5, 2021, at 9:30 AM, Austin, Texas time.** The parties shall provide the court with their direct telephone numbers **on or before 12:00 PM Austin, Texas time, on Thursday, November 4, 2021**, via email to Courtroom Deputy Clerk, Samantha Oakes at Samantha_Oakes@txwd.uscourts.gov.

The parties' proposed scheduling order is tentatively approved and the parties shall comply with the dates set forth in paragraphs 1 through 7 of such proposed order pending the initial pretrial conference.

At the initial pretrial conference, the Court will schedule a final pretrial conference and set a trial month.

SIGNED this 13th day of September, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE