IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL C. DEMARQUIS,<br>PLAINTIFF, | § § § | |
| V. | § § | CAUSE NO. 1:20-CV-634-LY |
| ALORICA INC.,<br>DEFENDANT. | § § § | |

## FINAL JUDGMENT

On this date, the court rendered an order dismissing the case with prejudice. Accordingly, the court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this action is hereby **CLOSED**.

**IT IS FURTHER ORDERED** that Defendant Alorica, Inc. shall recover its costs of court from Plaintiff Michael C. DeMarquis.

SIGNED this __3rd__ day of December, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE